AO 440    (Rev. 10/93)    Summons in a Civil Action

# United States District Court

_____Middle_____ DISTRICT OF _____Alabama_____

**SUMMONS IN A CIVIL CASE**

H. M. White, LLC,

    Plaintiffs,

    v.                                                              Case Number: 2:05-CV-0879-DRB

Durr Industries, Inc. and
Fictitious Defendants A, B, and C

    Defendants.

TO: Durr Industries, Inc.
c/o The Corporation Company, as Registered Agent of Service for
Durr Industries, Inc.
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

R. Brooke Lawson, III, Esquire
Capell & Howard, P.C.
150 South Perry Street
Post Office Box 2069
Montgomery, Alabama   36104

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                        _September 16, 2005_
CLERK                                                              DATE

_[signature]_
(BY) DEPUTY CLERK

≈AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                        *Signature of Server*

                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

