**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 16, 2005

# NOTICE OF CORRECTION

To:               All Counsel of Record

From:             Clerk's Office

Case Style:       H. M. White, LLC v. Durr Industries, Inc.

Case Number:      #2:05-cv-00879-DRb

Referenced Document:   Document #1
                       Complaint

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The corrected pdf is attached to this notice.**