H.M. White

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☑ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>                                              9-19-05 |
| 1. Article Addressed to:<br><br>The Corporation Company, as Registered Agent of Service for<br>Durr Industries, Inc.<br>2000 Interstate Park Drive, Suite 204<br>Montgomery, AL 36109 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:     ☐ No |
| 2:05cv879 (cmp/summ 20 day) | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from s_____ | 7005 0390 0001 0090 0235 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540