IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN DIVISION</u>

| | | |
|---|---|---|
| H. M. WHITE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. |
| | ) | |
| DÜRR INDUSTRIES, INC., | ) | CV-05-0879-B |
| | ) | |
| Defendant. | ) | |

<u>MOTION TO DISMISS FOR LACK OF JURISDICTION</u>

COMES NOW Defendant, Dürr Industries, Inc., a corporation, ("Defendant"), and herein moves to dismiss the Complaint previously filed by Plaintiff, H. M. White, LLC, a limited liability company, ("Plaintiff"), and, as grounds therefor, shows unto the Court as follows:

1. Defendant is not subject to diversity jurisdiction of this Court pursuant to 28 U.S.C. § 1332 because both Defendant and Plaintiff are citizens of the State of Michigan.

2. Plaintiff, as alleged in paragraph 1 of the Complaint, is a limited liability company formed under the laws of the State of Michigan, with its principal place of business in Detroit, and Defendant, as alleged in paragraph 2 of the Complaint, is a corporation organized under the laws of

the State of Michigan. Consequently, this case is between citizens of the same state and is inappropriate for federal court jurisdiction under 28 U.S.C. § 1332.

WHEREFORE, PREMISES CONSIDERED, Defendant, Dürr Industries, Inc., herein requests that the Court dismiss this case for lack of jurisdiction, with the costs thereof to be taxed to Plaintiff.

Respectfully submitted,

/s/ Frank M.Young, III
Jamie Johnston
Attorneys for Defendant Dürr Industries, Inc.

OF COUNSEL:

**HASKELL SLAUGHTER YOUNG
 & REDIKER, LLC**
**2001 Park Place North, Suite 1400**
**Birmingham, AL  35203**
**(205)  254-1423 telephone**
**(205)  324-1133 facsimile**

**HASKELL SLAUGHTER YOUNG
 &  GALLION, LLC**
**305 South Lawrence Street**
**Montgomery, AL  36104**
**(334) 265-8573 telephone**
**(334) 264-7945 facsimile**

436763

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have, on this the 11th day of October, 2005, filed the foregoing with the Clerk of the U. S. District Court, Middle District, Northern Division, using the CM/ECF system which will electronically send notification of such filing to the following:

R. Brooke Lawson, III, Esq.
J. Lister Hubbard, Esq.
CAPELL & HOWARD, P.C.
P.O. Box 2069
Montgomery, AL  36102-2069
(334) 241-8000 telephone
(334) 323-8888 facsimile


/s/ Frank M. Young, III
OF COUNSEL

436763

3