IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

| | | |
|---|---|---|
| **H.M. WHITE, LLC,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. CV-05-0879-B |
| | : | |
| **DURR INDUSTRIES, INC.** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff H.M. White, LLC, pursuant to Rule 41 of the Federal Rules of Civil Procedure, voluntarily dismisses this action, without prejudice, as follows:

1. Rule 41(a)(1) of the Federal Rules of Civil Procedure provides that "an action may be dismissed by the plaintiff without order of the court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment . . . Unless otherwise stated in the notice of dismissal . . , the dismissal is without prejudice . . ." Defendant Durr Industries, Inc. has not filed an answer or a motion for summary judgment.

2. Accordingly, Plaintiff voluntarily dismisses this action without prejudice in accordance with *Fed.R.Civ.P.* 41(a)(1).

Done this 21st day of October, 2005.

        /s/ R. Brooke Lawson III
**J. LISTER HUBBARD  (HUB007)**
**R. BROOKE LAWSON III  (LAW026)**

Attorneys for Plaintiff H.M. White, LLC

OF COUNSEL:
**CAPELL & HOWARD, P.C.**
Post Office Box 2069
150 South Perry Street
Montgomery, Alabama  36102-2069
334/241-8000

## CERTIFICATE OF SERVICE

      I hereby certify that on October 21, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

    Frank M. Young, III, Esq.
    Haskell Slaughter Young & Rediker, LLC
    2001 Park Place North, Suite 1400
    Birmingham, Alabama 35203

                                            /s/ R. Brooke Lawson III
                                                      Of Counsel