**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

October 24, 2005

# NOTICE OF VOLUNTARY DISMISSAL

Re:   H. M. White, LLC v. Durr Industries, Inc.
      Civil Action No. #2:05-cv-00879-DRB

Pursuant to the Notice of Dismissal filed by the Plaintiff on 10/21/2005, this case has been closed and removed from the docket of this court.